IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES ANDERSON**  **PLAINTIFF**
**ADC #131684**

v.   Case No. **4:20-cv-00554-KGB**

**DUSTIN JONES, Deputy,**   **DEFENDANTS**
**Prairie County Jail,** *et al.*

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). Plaintiff James Anderson has not filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses Mr. Anderson's complaint without prejudice; the relief requested is denied (Dkt. No. 1).

It is so ordered this the 26th day of January, 2021.

Kristine G. Baker
United States District Judge